UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEE W. LINKE,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant(s). | Case No. 2:17-CV-1386 JCM (GWF)<br><br>ORDER |

Presently before the court is plaintiff Dee W. Linke's notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (ECF No. 10). Defendant Experian Information Solutions, Inc. appeared in this case. Defendant timely filed an answer to plaintiff's complaint (ECF No. 5) as well as a certificate of interested parties (ECF No. 6). Accordingly, a dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is improper here. Should the parties wish to dismiss this action, they should file a stipulation for dismissal with prejudice with the court.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's notice of dismissal with prejudice (ECF No. 10) be, and the same hereby is, DENIED.

DATED January 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**