Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DEE W. LINKE )
  Plaintiff, )
  ) Case No. 2:17-cv-01386-JCM-GWF
vs. )
)
EXPERIAN INFORMATION SOLUTIONS, INC. ) **STIPULATION AND ORDER FOR**
) **DISMISSAL WITH PREJUDICE**
  Defendant. )
)

  Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.      SNELL & WILMER, L.L.P.

/s/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.      BOB L. OLSON, ESQ.
Nevada Bar No. 003419         Nevada Bar No. 003783
3017 W. Charleston Blvd. # 95       CHARLES E. GIANELLONI, ESQ.
Las Vegas, Nevada 89102        Nevada Bar No. 012747
Attorney for Plaintiff          3883 Howard Hughes Pkwy., # 1100
               Las Vegas, Nevada 89169
               Attorneys for Defendant

IT IS SO ORDERED January 24, 2018.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2018, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: January 23, 2018.

*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.